IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Dauphin County Tax Sale of 2013    :
                                          :

Appeal of:  Samuel M. Hester           :       No. 2306 C.D. 2014

# **O R D E R**

NOW, February 22, 2016, upon consideration of appellant's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge
